1
2
3
4
5                UNITED STATES DISTRICT COURT
6               EASTERN DISTRICT OF WASHINGTON

7  CHARLES L. MANN, an individual,

8                        Plaintiff,

9          v.

10 LARRY H. MILLER
   CORPORATION-SPOKANE dba
11 LARRY H. MILLER DOWNTOWN
   TOYOTA SPOKANE, a Utah
12 Corporation, and its surety, WESTERN
   SURETY COMPANY, a South Dakota
13 Corporation,

14                       Defendants.

NO:  2:20-CV-0021-TOR

ORDER OF DISMISSAL

15

16        BEFORE THE COURT is the parties' Stipulated Motion of Dismissal with

17 Prejudice (ECF No. 23).  The stipulation is filed pursuant to Federal Rule of Civil

18 Procedure 41(a)(1)(A)(ii) and provides for the dismissal of the Complaint in this

19 action and all claims therein, including all of the claims that were or could have

20 been asserted, with prejudice and without costs or attorney fees to any party.

ORDER OF DISMISSAL ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, the Complaint in this action and all claims therein, including all of the claims that were or could have been asserted, is **DISMISSED** with prejudice and without costs or attorney fees to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** October 8, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2