AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHARLES L. MANN, an individual,

    *Plaintiff*

v.

LARRY H. MILLER CORPORATION-SPOKANE d/b/a LARRY H MILLER DOWNTOWN TOYOTA SPOKANE, et al.,

    *Defendant*

Civil Action No. 2:20-CV-0021-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint in this action and all claims therein, including all of the claims that were or could have been asserted in this matter are DISMISSED with prejudice and without costs or attorney fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    on the parties' Joint Stipulation for Dismissal ECF No. 23.

Date:  October 8, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
    *(By) Deputy Clerk*
Linda L. Hansen